IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02721-LTB-KLM

ALEJANDRO SOSA,

    Plaintiff,

v.

YAMAHA MOTOR CORPORATION, U.S.A.,
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA; and
YAMAHA MOTOR CO., LTD.,

    Defendants.
_____

**ORDER RE: MOTION FOR ORDER APPOINTING INTERNATIONAL
PROCESS SERVER, AND REQUEST FOR EXPEDITED ISSUANCE**
_____

THIS MATTER having come to be heard on Motion for Order Appointing International Process Server, and Request for Expedited Issuance.

It is hereupon ORDERED and ADJUDGED as follows:

Motion is GRANTED.

                        s/Lewis T. Babcock
                        United States District Court Judge

DATED: January 3, 2008