IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02721-LTB-KLM

ALEJANDRO SOSA,

    Plaintiff,

v.

YAMAHA MOTOR CORPORATION, U.S.A.,
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA; and
YAMAHA MOTOR CO., LTD.,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Notice of Status and Unopposed Motion to Set Scheduling Conference** [Docket No. 22; Filed September 26, 2008] (the "Motion"). At a hearing held on August 5, 2008, the Court vacated the Scheduling Conference set in this case until such time as Plaintiff served the summons and complaint on certain Defendants [Docket No. 19]. The Court extended the time for Plaintiff to effect service and set status report deadlines to keep the Court informed of Plaintiff's efforts. The present Motion indicates that all Defendants have now been served and have filed answers to the complaint. As such, Plaintiff seeks to have the Court reset the Scheduling Conference in this matter. Defendants do not oppose the Motion. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. A Scheduling Conference is set for **November 3, 2008 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Further instructions are contained in Docket No. 13. Deadline for submission of the proposed scheduling order is on or before **October 27, 2008.**

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **October 27, 2008.** Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse. The envelopes shall be marked "Private per

Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2B.

Dated: September 29, 2008