**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02721-CMA-KLM

ALEJANDRO SOSA,

     Plaintiff,

v.

YAMAHA MOTOR CORPORATION, U.S.A.,
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, and
YAMAHA MOTOR CO., LTD,

     Defendant.

_____

**ORDER GRANTING DEFENDANT'S
MOTION TO WITHDRAW CERTAIN COUNSEL OF RECORD**
_____

This matter is before this Court on Defendants' Motion to Withdraw Certain

Counsel of Record (Doc. 48), filed December 23, 2011.  The Court, finding that good

cause exists for the requested withdrawal, ORDERS that Defendants' Motion to

Withdraw Certain Counsel of Record (Doc. # 48) be GRANTED.  The following

attorneys shall have their appearances withdrawn and notification turned off:

| | |
|---|---|
| Frederick Choi, Esq. | Kara MacCartie Steward, Esq. |
| Robert K. Miller, Esq. | Linsey Walker West, Esq. |
| Lawrence R. Ramsey, Esq. | Dinsmore & Shohl, LLP-Lexington |
| Bowman & Brooke, LLP- Gardena | 250 West Main Street |
| 879 West 190th Street, Suite 700 | Lexington Financial Center, Suite 1400 |
| Gardena, CA 90248 | Lexington, KY 40507 |

John d. Goetz, Esq.
Karen Gren Johnson, Esq.
Laura Meaden, Esq.
Mark Herrmann, Esq.
Michael L. Rice, Esq.
Thomas E. Fennell, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX 75201-1515

It is further ORDERED that all future filings shall reflect the proper caption in this

case of 07-cv-02721-**CMA**-KLM.

DATED: December 29, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge