**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02721-CMA-KLM

ALEJANDRO SOSA,

    Plaintiff,

v.

YAMAHA MOTOR CORPORATION, U.S.A.,
YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, and
YAMAHA MOTOR CO., LTD,

    Defendant.

_____

ORDER FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come before the Court upon Plaintiff, Alejandro Sosa, and Defendants, Yamaha Motor Corporation, U.S.A. ("YMUS"), Yamaha Motor Manufacturing Corporation of America ("YMMC"), and Yamaha Motor Co., Ltd. ("YMC") Stipulation for Dismissal with Prejudice (Doc. # 56), filed April 13, 2012, the Court having read same and being fully advised in the premises;

IT IS HEREBY ORDERED that the above captioned action and all causes of action arising therefrom are dismissed with prejudice each party to pay his own costs.

DATED: April 26, 2012

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge